IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                      NO.    4:14CR00191-09 JLH

ISAAC M. JAUREGUI                                                                  DEFENDANT

## ORDER

Defendant Isaac M. Jauregui appeared in person with his attorney, Christian C. Alexander, for a change of plea hearing on this date. The government was represented by Assistant United States Attorney Kristin Bryant.

Following acceptance of the defendant's guilty plea to Count 1s of the Superseding Information, the Court granted defendant's request to allow the defendant thirty (30) days to self report to begin serving his term of imprisonment. Jauregui must self surrender to the United States Marshals Service in Little Rock, Arkansas, no later than **12:00 NOON on MONDAY, JULY 3, 2017**. All conditions of bond previously imposed remain in full force and effect until the self surrender date.

Failure to report as directed will result in a warrant being issued for the defendant's arrest.

IT IS SO ORDERED this 2nd day of June, 2017.

                                                                                   _____
                                                                                   J. LEON HOLMES
                                                                                   UNITED STATES DISTRICT JUDGE